# CRIMINAL COURT MINUTES

**U.S. MAGISTRATE JUDGE** LINNEA R. JOHNSON  **DATE:** 08/23/2011  **TIME:** 10:00 AM

**DEFT:** DERIK NOLAN (SURR) ✓  
**CASE NO:** 10-80149-Cr-Marra/Hopkins (s)  
**AUSA:** PAUL SCHWARTZ ✓  
**ATTY:** Edward Reagan — Temp ✓  
**AGENT:** FBI/DEA  
**VIOL:** 18:1962(d)  
**PROCEEDING:** INITIAL HEARING  
**RECOMMENDED BOND:** $250,000 PSB RECOMMENDED

BOND/PTD HEARING HELD - yes / no  
BOND SET @:  
**LANGUAGE:** ENGLISH ✓  
**PRISONER#**

- [✓] All Standard Conditions.
- [ ] Surrender / or do not obtain passports / travel documents
- [✓] Rpt to PTS as directed / or ___ x's a week/month by phone; 1 x's a week/month in person
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in a mental health assessment and treatment
- [ ] Random urine testing by Pretrial Services and/or treatment as deemed necessary
- [ ] Not to encumber property.
- [✓] Maintain or seek full - time employment/education.
- [ ] No contact with victims / witnesses.
- [ ] No firearms.
- [ ] May Not visit Transportation Establishments
- [✓] Travel extended to: S/D of Florida
- [ ] Home Confinement/Electronic Monitoring/Curfew ___ paid by ___
- [ ] Other ___

**Disposition:** Initial & Bond held. Deft. present with counsel - advised of rights. Notice of temp. app. filed. Court sets bond in the amount of $250,000 PSB.

Speedy Trial tolled.

**NEXT COURT APPEARANCE:**

| | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| REPORT RE COUNSEL: | 8-31-11 | 10AM | Johnson | WPB |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | 8-31-11 | " | " | " |
| STATUS CONFERENCE | | | | |

**TAPE No.** LRJ 11- 39  **Begin:** 1380  **TIME IN COURT:** 4 mins

**D.A.R.** 10:20:53