UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

CASE NO. 10-80149-CR-Marra

v.

DERIK NOLAN,

Defendant.

_____ /

FILED BY_____ D.C.

JUN 2 1 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S D. OF FLA – W P B.

## MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

Pro se Defendant, Derik Nolan, pursuant to 18 U.S.C. 3583(e)(1), respectfully moves this honorable court to enter an order for early termination of supervised release and in support thereof states the following:

1. Defendant was sentenced to 126 months of incarceration and two years of supervised release. Defendant began his term of supervised release on August 18, 2021.
2. Defendant has successfully completed every requirement of supervised release without incident
3. Defendant has maintained lawful employment throughout his period of supervised release, working as a plumber for Buckeye Plumbing.
4. Defendant resides with his family and is responsible for raising twin boys who are 18 months old.

WHEREFORE, the Defendant respectfully requests that this court grant early termination of the two-year supervised release. The Defendant has already served 22 months, leaving only 2 months remaining.

Dated: June 20, 2023.

Respectfully submitted,

Derik Nolan, Defendant, Pro Se
236 La Mancha Ave.
Royal Palm Beach, FL 33411
305-834-2871

236 La Mancha Ave
NPB, FL 33411
Derith Nolen

KIM
WilliamS

Honorable Judge Kenneth A. Marra
Paul Rogers Federal Bld & US Courthouse
701 Clematis st.
WPB, FL 33401

Case 9:10-cr-80149-KAM   Document 1622   Entered on FLSD Docket 06/21/2023   Page 2 of 2