UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-80149-CR-MARRA

UNITED STATES OF AMERICA,

                    Plaintiff,

vs.

DERIK NOLAN,

                    Defendant.

_____/

## ORDER DENYING MOTION FOR EARLY TERMINATION OF SUPERVISION

THIS CAUSE is before the Court upon Defendant's Motion for Early Termination of Supervised Release **[DE 1622]**. This Court having reviewed the pertinent portions of the record and being duly advised in the premises, it is hereby

ORDERED and ADJUDGED that the Motion is DENIED. In view of the seriousness of the offense of conviction, the relatively short term of supervised release imposed, the recent issuance of a domestic violence restraining order and considering the statutory factors under 18 U.S.C. § 3553, the Court finds that the interests of justice will not be served by early termination of Defendant's supervised release.

DONE and ORDERED in West Palm Beach, Florida, this 5th day of July, 2023.

                                        _____
                                        KENNETH A. MARRA
                                        United States District Judge

Copies provided to:

        All counsel